**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7466**

---

KYLE ANTON DAVIS,

Plaintiff - Appellant,

versus

JEFFREY W. FRAZIER,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-97-628)

---

Submitted: January 15, 1998      Decided: January 30, 1998

---

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Kyle Anton Davis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his mandamus petition which sought an order compelling the superintendent of Northern Neck Regional Jail, Jeffrey Frazier, to provide prisoners with additional legal resources and to provide access to those resources in preparation for trial. While the appeal was pending, Appellant was transferred to another facility. Accordingly, we dismiss the appeal as moot. <u>See</u> <u>Magee v. Waters</u>, 810 F.2d 451, 452 (4th Cir. 1987). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2